UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x

CARLOS NARVAEZ,                                                                  07-1672 (AKH)

                Plaintiff,

  -against-

ALAN KASMAN DBA KASCO, AMERICAN
EXPRESS BANK, LTD., AMERICAN EXPRESS
COMPANY, AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BFP
TOWER CO. LLC., BFP TOWER C MM LLC.,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL
PROPERTIES, LP., BROOKFIELD PARTNERS
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONEMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDINGS, INC.,
LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., MCCLIER
CORPORATION, MERRILL LYNCH & CO., INC.,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TOSCORP INC.,
TRAMMELL CROW COMPANY, TRAMMELL
CROW CORPORATE SERVICES, INC.,
TUCKER ANTHONY, INC., WESTON SOLUTIONS,
INC., WFP RETAIL CO. G.P. CORP., WFP
RETAIL CO. LP., WFP TOWER A CO., WFP

TOWER A CO. G.P. CORP., WFP TOWER A CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P., ET AL

                Defendants.
------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                      Yours, etc.

                                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                                      Attorneys for Defendant –Envirotech
                                      3000 Marcus Avenue, Suite 2E1
                                      Lake Success, New York 11042
                                      (516) 775-5800

                            BY: _____
                                      Heather L. Smar (4622)